IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03236-LTB

J. ALAN KONECNY, also known as Alan J. Konecny,

    Plaintiff,

v.

EXPERIAN,
EXPERIAN PLC,
EXPERIAN INFORMATION SOLUTIONS,
CONSUMERINFO.COM,
MIKE RODGERS,
BRIAN CASSIN,
DARRYL GIBSON,
TY TAYLOR, and
JENNIFER SCHULZ,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 22, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, February 22, 2024.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ N. Orlin
        Deputy Clerk